IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ANTON PADILLA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:17-CV-266-RP |
| ACE CASH EXPRESS, INC., | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is the parties' stipulation of dismissal, (Dkt. 6). The parties have all agreed to the stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing an action to be dismissed by joint stipulation of all parties).

Accordingly, the parties' stipulation of dismissal, (Dkt. 6), is **GRANTED**. **IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED**. All parties are to bear their own costs and fees. The Clerk's office is directed to **CLOSE** the case.

**SIGNED** on January 5, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE